# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: BARNES, THERESA A. | § Case No. 14-83098 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 13, 2014. The undersigned trustee was appointed on October 14, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $         24,536.54

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 345.00 |
| Bank service fees | 116.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 24,074.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/13/2015 and the deadline for filing governmental claims was 04/13/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,203.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,203.65, for a total compensation of $3,203.65.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $12.17, for total expenses of $12.17.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2016          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  
**Period Ending:** 09/30/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/14 (f)  
**§341(a) Meeting Date:** 11/13/14  
**Claims Bar Date:** 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>    Orig. Asset Memo: Orig. Description: Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>Value is based on a "Zestimate" dated Oct. 7, 2014; Imported from original petition Doc# 1 | 245,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1005 Alexander, Unit A, Cary, IL 60013 Value bas<br>    Orig. Asset Memo: Orig. Description: 1005 Alexander, Unit A, Cary, IL 60013<br>Value based on Bank appraisal dated May 23, 2013<br>Real estate is titled in TBF Enterprises LLC, a small business owned by Debtor which conducts pediatric physical therapy and which is marginally cash flowing and is probably insolvent. This business is being discontinued and will be wound up. Debtor is a co-maker of the note which evidences this claim.; Imported from original petition Doc# 1 | 175,000.00 | 0.00 | | 0.00 | FA |
| 3 | Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>    Orig. Asset Memo: Cash on Hand. Orig. Description: Location: 1149 Saddle Ridge Trail, Cary IL 60013; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | BMO Harris Bank Bank Acct<br>    Orig. Asset Memo: Orig. Description: BMO Harris Bank - Listed as a Health Care Savings Account. Checking account ending in -2188<br>This is a Health Savings Account, and it is exempt, as such.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original petition value: 338.77; Original asset description: BMO Harris Bank Checking account ending in -2188; Original exemption amount: 897.09; Imported from Amended Doc#: 29; | 338.77 | 897.09 | | 897.09 | FA |
| 5 | Charles Schwab High Yield Checking -7161<br>    Orig. Asset Memo: Orig. Description: Charles Schwab Bank High Yield Checking -7161 PO Box 52083 | 7.85 | 0.00 | | 0.00 | FA |

Printed: 09/30/2016 02:04 PM   V.13.28

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 14-83098
Case Name: BARNES, THERESA A.
Period Ending: 09/30/16

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 10/13/14 (f)
§341(a) Meeting Date: 11/13/14
Claims Bar Date: 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Phoenix, AZ 85072-2083; Imported from original petition Doc# 1. Imported from Amended Doc#: 29; Original petition value: 7.85; Original asset description: Charles Schwab Bank High Yield Checking -7161 PO; Imported from Amended Doc#: 29; | | | | | |
| 6 | Baxter Credit Union<br>Imported from Amended Doc#: 29; | 338.77 | 0.00 | | 0.00 | FA |
| 7 | Home State Bank, Checking account ending in -160<br>Orig. Asset Memo: Orig. Description: Home State Bank, Checking account ending in<br>-1606 40 Grant Street<br>Crystal Lake, IL 60014; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 682.78 | 0.00 | | 0.00 | FA |
| 8 | Used household goods and furniture, most of of w<br>Orig. Asset Memo: Orig. Description: Used household goods and furniture, most of<br>of which are less than 3 years old.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original asset description: Used household goods and furniture, most of whic | 500.00 | 0.00 | | 0.00 | FA |
| 9 | A small collection of old CDs and old movie tape<br>Orig. Asset Memo: Orig. Description: A small collection of old CDs and old movie tapes and pre-blue ray discs.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Ladies' clothing, necessary to day to day living<br>Orig. Asset Memo: Orig. Description: Ladies' clothing, necessary to day to day living and employment.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Engagement Ring, value based on an appraisal dat<br>Orig. Asset Memo: Orig. Description: Engagement Ring, value based on an appraisal dated April 24, 2014 from Wyatt Austin Jewelers, 1701 E. Woodfield Road, Suite 110, Schaumburg, IL 60173.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 4,500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: 14-83098 | Trustee: (330490) MEGAN G. HEEG |
| Case Name: BARNES, THERESA A. | Filed (f) or Converted (c): 10/13/14 (f) |
| | §341(a) Meeting Date: 11/13/14 |
| Period Ending: 09/30/16 | Claims Bar Date: 03/13/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Royal Neighbors of America 230 16th Street Rock<br>Orig. Asset Memo: Orig. Description: Royal<br>Neighbors of America<br>230 16th Street<br>Rock Island, IL 61201<br>Infant's Life (on the Debtor)<br>Debtor's child (19 yrs and still dependent) is<br>beneficiary; value is CSV as of Feb. 2013; Imported<br>from original petition Doc# 1; Imported from Amended<br>Doc#: 29 | 647.63 | 0.00 | | 0.00 | FA |
| 13 | Fort Dearborn Life Insurance Co. 1020 31st Stree<br>Orig. Asset Memo: Orig. Description: Fort Dearborn<br>Life Insurance Co.<br>1020 31st Street<br>Downers Grove, IL 60515-5591<br>Group Term Life and ADD insurance<br>No CSV; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Hanover Insurance Co. PO Box 580045 Charlotte, N<br>Orig. Asset Memo: Orig. Description: Hanover<br>Insurance Co.<br>PO Box 580045<br>Charlotte, NC 28258<br>Auto/Casualty Insurance<br>No CSV; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Pekin Insurance $500,000.00 Term Life Policy No<br>Orig. Asset Memo: Orig. Description: Pekin<br>Insurance<br>$500,000.00 Term Life Policy<br>No CSV<br>2505 Court Street<br>Pekin, IL 61558; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Charles Schwab & Co., Inc., Custodian Roth Contr<br>Orig. Asset Memo: Orig. Description: Charles<br>Schwab & Co., Inc., Custodian<br>Roth Contributory IRA -xx61; Imported from original<br>petition Doc# 1; Imported from Amended Doc#: 29;<br>Original petition value: 28450.72; Imported from | 27,962.20 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-83098  
Case Name: BARNES, THERESA A.  
Period Ending: 09/30/16

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 10/13/14 (f)  
§341(a) Meeting Date: 11/13/14  
Claims Bar Date: 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Amended Doc#: 29. |  |  |  |  |  |
| 17 | BCU Investment Advisors, IRA CUSO Financial Serv<br>Orig. Asset Memo: Orig. Description: BCU<br>Investment Advisors, IRA<br>CUSO Financial Services, LP<br>10150 Meanley Drive, 1st Floor<br>San Diego, CA 92131<br>Acct -5010; Imported from original petition Doc# 1;<br>Imported from Amended Doc#: 29; Original petition<br>value: 25001.86; Imported from Amended Doc#: 29 | 24,967.09 | 0.00 |  | 0.00 | FA |
| 18 | Jackson National Life Insurance Co. Jackson Serv<br>Orig. Asset Memo: Orig. Description: Jackson<br>National Life Insurance Co.<br>Jackson Service Center<br>1 Corporate Way<br>Lansing, MI 48951<br>Individual Retirement Annuity<br>-1327; Imported from original petition Doc# 1;<br>Imported from Amended Doc#: 29 | 44,014.75 | 0.00 |  | 0.00 | FA |
| 19 | TFB Enterprises, LLC Location: 1149 Saddle Ridge<br>Orig. Asset Memo: Orig. Description: TFB<br>Enterprises, LLC<br>Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>100% ownership of company which conducts<br>pediatric physical therapy business, which is<br>marginally cash flowing and probably not solvent.;<br>Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | Northwest Pediatric Therapy Services, Ltd. 1005<br>Orig. Asset Memo: Orig. Description: Northwest<br>Pediatric Therapy Services, Ltd.<br>1005 Alexander Court<br>Unit A<br>Cary, IL 60013-1891<br>Company, soon to be closed, from which Debtor<br>operated her former pediatric therapy business.;<br>Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 21 | Unpaid wages due from Northwest Pediatric Therap | 0.00 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-83098  
Case Name: BARNES, THERESA A.  
Period Ending: 09/30/16

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 10/13/14 (f)  
§341(a) Meeting Date: 11/13/14  
Claims Bar Date: 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Unpaid wages due from Northwest Pediatric Therapy Services, Ltd.; Imported from original petition Doc# 1 | | | | | |
| 22 | Shareholder loan due from Northwest Pediatric Th<br>Orig. Asset Memo: Orig. Description: Shareholder loan due from Northwest Pediatric Therapy Services, Ltd., an insolven company in wind up.; Imported from original petition Doc# 1 | 0.00 | 11,360.07 | | 11,360.07 | FA |
| 23 | 2010 Lexus GX 460 4D Sport Utility 37,439 Miles<br>Orig. Asset Memo: Orig. Description: 2010 Lexus GX 460 4D Sport Utility<br>37,439 Miles<br>Co-ownership Interest<br>Value is based on 50% of a Carmax Appraisal Offer dated 10/4/14.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 15,500.00 | 8,003.48 | | 8,003.48 | FA |
| 24 | BANK ACCOUNTS (u)<br>Orig. Asset Memo: Home State business account in the name of Northwest Pediatric, account xxx5501. Note, it appears many personal expenses were paid out of this account. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2013 Dodge Charger 4D Sedan purchased new 12/29/12; | 0.00 | 0.00 | | 0.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1988 Ford Mustang; | 0.00 | 0.00 | | 0.00 | FA |
| 27 | TAX REFUNDS (u) | 0.00 | 4,275.90 | | 4,275.90 | FA |
| 28 | Charles Schwab Simple IRA -xx76 (u)<br>Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 29 | 4,950.37 | 0.00 | | 0.00 | FA |
| 29 | Charles Schwab "Rollover" IRA -xx41 (u)<br>Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 29 | 200.83 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 6

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-83098  
Case Name: BARNES, THERESA A.  
Period Ending: 09/30/16

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 10/13/14 (f)  
§341(a) Meeting Date: 11/13/14  
Claims Bar Date: 03/13/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30 | Charles Schwab Margin Acct -xx70 Not originally scheduled. Amended Schedules Value: $7.85. | 102.07 | 0.00 | | 0.00 | FA |
| 30 | Assets  Totals (Excluding unknown values) | $545,288.11 | $24,536.54 | | $24,536.54 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   March 30, 2016        Current Projected Date Of Final Report (TFR):   August 23, 2016  (Actual)

Printed: 09/30/2016 02:04 PM    V.13.28

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-83098 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BARNES, THERESA A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5466 - Checking Account |
| Taxpayer ID #: | **-***4025 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/16 | | Theresa A. Barnes | various assets per court order dated 4/18/186 | | 24,536.54 | | 24,536.54 |
| | {4} | | 897.09 | 1129-000 | | | 24,536.54 |
| | {27} | | 4,275.90 | 1224-000 | | | 24,536.54 |
| | {23} | | 8,003.48 | 1129-000 | | | 24,536.54 |
| | {22} | | 11,360.07 | 1129-000 | | | 24,536.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 24,525.99 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.00 | 24,491.99 |
| 06/30/16 | 101 | IL Dept. of Revenue | 2015 - 2016 taxes | 2820-000 | | 345.00 | 24,146.99 |
| 06/30/16 | 102 | Internal Revenue Service | 2015-2016 taxes | 2810-000 | | 106.00 | 24,040.99 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.64 | 24,002.35 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.53 | 23,968.82 |
| 08/19/16 | | United States Treasury | refund of overpayment | 2810-000 | | -106.00 | 24,074.82 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 24,536.54 | 461.72 |
| Less: Bank Transfers | | 0.00 | 0.00 |
| Subtotal | | 24,536.54 | 461.72 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $24,536.54 | $461.72 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******5466 | 24,536.54 | 461.72 | 24,074.82 |
| | $24,536.54 | $461.72 | $24,074.82 |

{} Asset reference(s)                                    Printed: 09/30/2016 02:04 PM    V.13.28

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case:  14-83098    BARNES, THERESA A.

| Case Balance: | $24,074.82 | Total Proposed Payment: | $24,074.82 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Charter One | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,074.82 |
| NOTFILED | Charter One | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,074.82 |
| NOTFILED | Glenview State Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,074.82 |
| NOTFILED | Hellisburg Jewelers Capital One Retail Services | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,074.82 |
| NOTFILED | Heritage Bank of Schaumburg | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,074.82 |
| NOTFILED | McHenry County Treasurer | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,074.82 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 274.80 | 274.80 | 0.00 | 274.80 | 274.80 | 23,800.02 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 18,800.02 |
| | Justin Van Zuiden, CPA <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 672.00 | 672.00 | 0.00 | 672.00 | 672.00 | 18,128.02 |
| | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 12.17 | 12.17 | 0.00 | 12.17 | 12.17 | 18,115.85 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,203.65 | 3,203.65 | 0.00 | 3,203.65 | 3,203.65 | 14,912.20 |
| 1 | Discover Bank | Unsecured | 6,521.39 | 6,521.39 | 0.00 | 6,521.39 | 331.12 | 14,581.08 |
| 2 | David P. Leibowitz, Trustee | Unsecured | 535,000.00 | 277,000.00 | 0.00 | 277,000.00 | 14,064.57 | 516.51 |
| 3 | Synchrony Bank | Unsecured | 3,272.80 | 3,272.80 | 0.00 | 3,272.80 | 166.18 | 350.33 |
| 4 | WORLD'S FOREMOST BANK | Unsecured | 6,899.75 | 6,899.75 | 0.00 | 6,899.75 | 350.33 | 0.00 |
| NOTFILED | Accelerated Rehabilitation Centers | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Anesthesia Consultants Ltd. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BCU Visa | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Barrington Center Counseling | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase GM Biz Card | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citibusiness Card AA Advantage - Business Account | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case:  14-83098   BARNES, THERESA A.

| Case Balance: | $24,074.82 | | Total Proposed Payment: | $24,074.82 | | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Home Depot Credit Services Processing Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Northwestern Lake Forest Hospital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Praxis Physical Therapy | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 14-83098 :** | | **$560,856.56** | **$302,856.56** | **$0.00** | **$302,856.56** | **$24,074.82** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $9,162.62 | $9,162.62 | $0.00 | $9,162.62 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $551,693.94 | $293,693.94 | $0.00 | $14,912.20 | 5.077463% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-83098
Case Name: BARNES, THERESA A.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 24,074.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,074.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,203.65 | 0.00 | 3,203.65 |
| Trustee, Expenses - MEGAN G. HEEG | 12.17 | 0.00 | 12.17 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 5,000.00 | 0.00 | 5,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 274.80 | 0.00 | 274.80 |
| Accountant for Trustee, Fees - Justin Van Zuiden, CPA | 672.00 | 0.00 | 672.00 |

Total to be paid for chapter 7 administration expenses: $ 9,162.62
Remaining balance: $ 14,912.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,912.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,912.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 293,693.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,521.39 | 0.00 | 331.12 |
| 2 | David P. Leibowitz, Trustee | 277,000.00 | 0.00 | 14,064.57 |
| 3 | Synchrony Bank | 3,272.80 | 0.00 | 166.18 |
| 4 | WORLD'S FOREMOST BANK | 6,899.75 | 0.00 | 350.33 |

Total to be paid for timely general unsecured claims: $ 14,912.20
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**