UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| THERESA A. BARNES | ) | No. 14-83098 |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on October 5, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Theresa A. Barnes
1149 Saddle Ridge Trail
Cary, IL 60013

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

Trustee David P. Leibowitz
c/o Jenner & Block
353 N. Clark Street
Chicago, IL 60654-3456

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

VIA ECF FILING
Bruce Dopke, Esq.
P.O. Box 681246
Schaumburg, IL 60168

World's Foremost Bank
Cabela's Club Visa
P.O. Box 82609
Lincoln, NE 68501-2609

Discover Bank
DB Servicing Corp.
P.O. Box 3025
New Albany, OH 43054-3025

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\140880\PLED\TFR certificate of service1638.docx