# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: BARNES, THERESA A.            § Case No. 14-83098
                                     §
                                     §
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $529,449.34              Assets Exempt: $120,491.32
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,912.20    Claims Discharged
                                                Without Payment: $317,122.76

Total Expenses of Administration: $9,624.34

---

3) Total gross receipts of $ 24,536.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $24,536.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $451,776.88 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,624.34 | 9,624.34 | 9,624.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 590,177.51 | 551,693.94 | 293,693.94 | 14,912.20 |
| **TOTAL DISBURSEMENTS** | $1,041,954.39 | $561,318.28 | $303,318.28 | $24,536.54 |

4) This case was originally filed under Chapter 7 on October 13, 2014. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2016          By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO Harris Bank Bank Acct | 1129-000 | 897.09 |
| Shareholder loan due from Northwest Pediatric Th | 1129-000 | 11,360.07 |
| 2010 Lexus GX 460 4D Sport Utility 37,439 Miles | 1129-000 | 8,003.48 |
| TAX REFUNDS | 1224-000 | 4,275.90 |
| **TOTAL GROSS RECEIPTS** | | **$24,536.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Heritage Bank of Schaumburg | 4110-000 | 234,663.59 | N/A | N/A | 0.00 |
| NOTFILED | Glenview State Bank | 4110-000 | 10,454.93 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Treasurer | 4110-000 | 7,072.62 | N/A | N/A | 0.00 |
| NOTFILED | Hellisburg Jewelers Capital One Retail Services | 4110-000 | 2,985.73 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 4110-000 | 146,858.45 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 4110-000 | 49,741.56 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$451,776.88** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,203.65 | 3,203.65 | 3,203.65 |
| MEGAN G. HEEG | 2200-000 | N/A | 12.17 | 12.17 | 12.17 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 274.80 | 274.80 | 274.80 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 672.00 | 672.00 | 672.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.55 | 10.55 | 10.55 |
| Rabobank, N.A. | 2600-000 | N/A | 34.00 | 34.00 | 34.00 |
| IL Dept. of Revenue | 2820-000 | N/A | 345.00 | 345.00 | 345.00 |
| Internal Revenue Service | 2810-000 | N/A | 106.00 | 106.00 | 106.00 |
| Rabobank, N.A. | 2600-000 | N/A | 38.64 | 38.64 | 38.64 |
| Rabobank, N.A. | 2600-000 | N/A | 33.53 | 33.53 | 33.53 |
| United States Treasury | 2810-000 | N/A | -106.00 | -106.00 | -106.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,624.34 | $9,624.34 | $9,624.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,549.79 | 6,521.39 | 6,521.39 | 331.12 |
| 2 | David P. Leibowitz, Trustee | 7100-000 | 535,000.00 | 535,000.00 | 277,000.00 | 14,064.57 |
| 3 | Synchrony Bank | 7100-000 | 3,386.95 | 3,272.80 | 3,272.80 | 166.18 |
| 4 | WORLD'S FOREMOST BANK | 7100-000 | 6,899.75 | 6,899.75 | 6,899.75 | 350.33 |
| NOTFILED | Home Depot Credit Services Processing Center | 7100-000 | 1,322.52 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card AA Advantage - Business Account | 7100-000 | 12,895.43 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Lake Forest Hospital | 7100-000 | 2,104.68 | N/A | N/A | 0.00 |
| NOTFILED | Praxis Physical Therapy | 7100-000 | 2,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase GM Biz Card | 7100-000 | 14,220.75 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Center Counseling | 7100-000 | 602.10 | N/A | N/A | 0.00 |
| NOTFILED | Accelerated Rehabilitation Centers | 7100-000 | 3,447.76 | N/A | N/A | 0.00 |
| NOTFILED | BCU Visa | 7100-000 | 1,300.98 | N/A | N/A | 0.00 |
| NOTFILED | Anesthesia Consultants Ltd. | 7100-000 | 193.80 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$590,177.51** | **$551,693.94** | **$293,693.94** | **$14,912.20** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  

**Period Ending:** 12/19/16  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/14 (f)  
**§341(a) Meeting Date:** 11/13/14  
**Claims Bar Date:** 03/13/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>Orig. Asset Memo: Orig. Description: Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>Value is based on a "Zestimate" dated Oct. 7, 2014; Imported from original petition Doc# 1 | 245,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1005 Alexander, Unit A, Cary, IL 60013 Value bas<br>Orig. Asset Memo: Orig. Description: 1005 Alexander, Unit A, Cary, IL 60013<br>Value based on Bank appraisal dated May 23, 2013<br>Real estate is titled in TBF Enterprises LLC, a small business owned by Debtor which conducts pediatric physical therapy and which is marginally cash flowing and is probably insolvent. This business is being discontinued and will be wound up. Debtor is a co-maker of the note which evidences this claim.; Imported from original petition Doc# 1 | 175,000.00 | 0.00 | | 0.00 | FA |
| 3 | Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>Orig. Asset Memo: Cash on Hand. Orig. Description: Location: 1149 Saddle Ridge Trail, Cary IL 60013; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | BMO Harris Bank Bank Acct<br>Orig. Asset Memo: Orig. Description: BMO Harris Bank - Listed as a Health Care Savings Account. Checking account ending in -2188<br>This is a Health Savings Account, and it is exempt, as such.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original petition value: 338.77; Original asset description: BMO Harris Bank Checking account ending in -2188; Original exemption amount: 897.09; Imported from Amended Doc#: 29; | 338.77 | 897.09 | | 897.09 | FA |
| 5 | Charles Schwab High Yield Checking -7161<br>Orig. Asset Memo: Orig. Description: Charles Schwab Bank High Yield Checking -7161 PO Box 52083 | 7.85 | 0.00 | | 0.00 | FA |

Printed: 12/19/2016 03:09 PM    V.13.28

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  

**Period Ending:** 12/19/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/14 (f)  
**§341(a) Meeting Date:** 11/13/14  
**Claims Bar Date:** 03/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Phoenix, AZ 85072-2083; Imported from original petition Doc# 1. Imported from Amended Doc#: 29; Original petition value: 7.85; Original asset description: Charles Schwab Bank High Yield Checking -7161 PO; Imported from Amended Doc#: 29; | | | | |
| 6 | Baxter Credit Union<br>    Imported from Amended Doc#: 29; | 338.77 | 0.00 | | 0.00 | FA |
| 7 | Home State Bank, Checking account ending in -160<br>    Orig. Asset Memo: Orig. Description: Home State Bank, Checking account ending in<br>-1606 40 Grant Street<br>Crystal Lake, IL 60014; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 682.78 | 0.00 | | 0.00 | FA |
| 8 | Used household goods and furniture, most of of w<br>    Orig. Asset Memo: Orig. Description: Used household goods and furniture, most of<br>of which are less than 3 years old.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original asset description: Used household goods and furniture, most of whic | 500.00 | 0.00 | | 0.00 | FA |
| 9 | A small collection of old CDs and old movie tape<br>    Orig. Asset Memo: Orig. Description: A small collection of old CDs and old movie tapes<br>and pre-blue ray discs.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Ladies' clothing, necessary to day to day living<br>    Orig. Asset Memo: Orig. Description: Ladies' clothing, necessary to day to day living and employment.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Engagement Ring, value based on an appraisal dat<br>    Orig. Asset Memo: Orig. Description: Engagement Ring, value based on an appraisal<br>dated April 24, 2014 from Wyatt Austin Jewelers, 1701 E. Woodfield Road, Suite 110, Schaumburg, IL 60173.; Imported from original petition Doc# 1; | 4,500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  
**Period Ending:** 12/19/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/14 (f)  
**§341(a) Meeting Date:** 11/13/14  
**Claims Bar Date:** 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from Amended Doc#: 29 |  |  |  |  |  |
| 12 | Royal Neighbors of America 230 16th Street Rock<br>    Orig. Asset Memo: Orig. Description: Royal<br>Neighbors of America<br>230 16th Street<br>Rock Island, IL 61201<br>Infant's Life (on the Debtor)<br>Debtor's child (19 yrs and still dependent) is<br>beneficiary; value is CSV as of Feb. 2013; Imported<br>from original petition Doc# 1; Imported from Amended<br>Doc#: 29 | 647.63 | 0.00 |  | 0.00 | FA |
| 13 | Fort Dearborn Life Insurance Co. 1020 31st Stree<br>    Orig. Asset Memo: Orig. Description: Fort Dearborn<br>Life Insurance Co.<br>1020 31st Street<br>Downers Grove, IL 60515-5591<br>Group Term Life and ADD insurance<br>No CSV; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 14 | Hanover Insurance Co. PO Box 580045 Charlotte, N<br>    Orig. Asset Memo: Orig. Description: Hanover<br>Insurance Co.<br>PO Box 580045<br>Charlotte, NC 28258<br>Auto/Casualty Insurance<br>No CSV; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | Pekin Insurance $500,000.00 Term Life Policy No<br>    Orig. Asset Memo: Orig. Description: Pekin<br>Insurance<br>$500,000.00 Term Life Policy<br>No CSV<br>2505 Court Street<br>Pekin, IL 61558; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 16 | Charles Schwab & Co., Inc., Custodian Roth Contr<br>    Orig. Asset Memo: Orig. Description: Charles<br>Schwab & Co., Inc., Custodian<br>Roth Contributory IRA -xx61; Imported from original | 27,962.20 | 0.00 |  | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83098
**Case Name:** BARNES, THERESA A.

**Period Ending:** 12/19/16

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 10/13/14 (f)
**§341(a) Meeting Date:** 11/13/14
**Claims Bar Date:** 03/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| petition Doc# 1; Imported from Amended Doc#: 29; Original petition value: 28450.72; Imported from Amended Doc#: 29. | | | | | |
| 17  BCU Investment Advisors, IRA CUSO Financial Serv<br>   Orig. Asset Memo: Orig. Description: BCU Investment Advisors, IRA<br>CUSO Financial Services, LP<br>10150 Meanley Drive, 1st Floor<br>San Diego, CA 92131<br>Acct -5010; Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original petition value: 25001.86; Imported from Amended Doc#: 29 | 24,967.09 | 0.00 | | 0.00 | FA |
| 18  Jackson National Life Insurance Co. Jackson Serv<br>   Orig. Asset Memo: Orig. Description: Jackson National Life Insurance Co.<br>Jackson Service Center<br>1 Corporate Way<br>Lansing, MI 48951<br>Individual Retirement Annuity<br>-1327; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 44,014.75 | 0.00 | | 0.00 | FA |
| 19  TFB Enterprises, LLC Location: 1149 Saddle Ridge<br>   Orig. Asset Memo: Orig. Description: TFB Enterprises, LLC<br>Location: 1149 Saddle Ridge Trail, Cary IL 60013<br>100% ownership of company which conducts pediatric physical therapy business, which is marginally cash flowing and probably not solvent.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20  Northwest Pediatric Therapy Services, Ltd. 1005<br>   Orig. Asset Memo: Orig. Description: Northwest Pediatric Therapy Services, Ltd.<br>1005 Alexander Court<br>Unit A<br>Cary, IL 60013-1891<br>Company, soon to be closed, from which Debtor operated her former pediatric therapy business.; | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  
**Period Ending:** 12/19/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/14 (f)  
**§341(a) Meeting Date:** 11/13/14  
**Claims Bar Date:** 03/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 21 | Unpaid wages due from Northwest Pediatric Therap<br>Orig. Asset Memo: Orig. Description: Unpaid wages due from Northwest Pediatric<br>Therapy Services, Ltd.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Shareholder loan due from Northwest Pediatric Th<br>Orig. Asset Memo: Orig. Description: Shareholder loan due from Northwest Pediatric<br>Therapy Services, Ltd., an insolven company in wind up.; Imported from original petition Doc# 1 | 0.00 | 11,360.07 | | 11,360.07 | FA |
| 23 | 2010 Lexus GX 460 4D Sport Utility 37,439 Miles<br>Orig. Asset Memo: Orig. Description: 2010 Lexus GX 460 4D Sport Utility<br>37,439 Miles<br>Co-ownership Interest<br>Value is based on 50% of a Carmax Appraisal Offer dated 10/4/14.; Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | 15,500.00 | 8,003.48 | | 8,003.48 | FA |
| 24 | BANK ACCOUNTS (u)<br>Orig. Asset Memo: Home State business account in the name of Northwest Pediatric, account xxx5501. Note, it appears many personal expenses were paid out of this account. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2013 Dodge Charger 4D Sedan purchased new 12/29/12; | 0.00 | 0.00 | | 0.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1988 Ford Mustang; | 0.00 | 0.00 | | 0.00 | FA |
| 27 | TAX REFUNDS (u) | 0.00 | 4,275.90 | | 4,275.90 | FA |
| 28 | Charles Schwab Simple IRA -xx76 (u)<br>Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 29 | 4,950.37 | 0.00 | | 0.00 | FA |
| 29 | Charles Schwab "Rollover" IRA -xx41 (u) | 200.83 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 6

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/14 (f)  
**§341(a) Meeting Date:** 11/13/14  

**Period Ending:** 12/19/16  
**Claims Bar Date:** 03/13/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended<br>Doc#: 29 |  |  |  |  |  |
| 30 | Charles Schwab Margin Acct -xx70<br>Not originally scheduled. Amended Schedules<br>Value: $7.85. | 102.07 | 0.00 |  | 0.00 | FA |
| 30 | **Assets** **Totals** (Excluding unknown values) | **$545,288.11** | **$24,536.54** |  | **$24,536.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  March 30, 2016     **Current Projected Date Of Final Report (TFR):**  August 23, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83098  
**Case Name:** BARNES, THERESA A.  
**Taxpayer ID #:** **-***4025  
**Period Ending:** 12/19/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/16 | | Theresa A. Barnes | various assets per court order dated 4/18/186 | | 24,536.54 | | 24,536.54 |
| | {4} | | 897.09 | 1129-000 | | | 24,536.54 |
| | {27} | | 4,275.90 | 1224-000 | | | 24,536.54 |
| | {23} | | 8,003.48 | 1129-000 | | | 24,536.54 |
| | {22} | | 11,360.07 | 1129-000 | | | 24,536.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 24,525.99 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.00 | 24,491.99 |
| 06/30/16 | 101 | IL Dept. of Revenue | 2015 - 2016 taxes | 2820-000 | | 345.00 | 24,146.99 |
| 06/30/16 | 102 | Internal Revenue Service | 2015-2016 taxes | 2810-000 | | 106.00 | 24,040.99 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.64 | 24,002.35 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.53 | 23,968.82 |
| 08/19/16 | | United States Treasury | refund of overpayment | 2810-000 | | -106.00 | 24,074.82 |
| 11/03/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $5,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,000.00 | 19,074.82 |
| 11/03/16 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $274.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 274.80 | 18,800.02 |
| 11/03/16 | 105 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $672.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 672.00 | 18,128.02 |
| 11/03/16 | 106 | Discover Bank | Dividend paid 5.07% on $6,521.39; Claim# 1; Filed: $6,521.39; Reference: xxxxxxx xxxxxx xx 8936 | 7100-000 | | 331.12 | 17,796.90 |
| 11/03/16 | 107 | David P. Leibowitz, Trustee | Dividend paid 5.07% on $277,000.00; Claim# 2; Filed: $535,000.00; Reference: 11-01186 | 7100-000 | | 14,064.57 | 3,732.33 |
| 11/03/16 | 108 | Synchrony Bank | Dividend paid 5.07% on $3,272.80; Claim# 3; Filed: $3,272.80; Reference: xxxxxxxxxxxx4702 | 7100-000 | | 166.18 | 3,566.15 |
| 11/03/16 | 109 | WORLD'S FOREMOST BANK | Dividend paid 5.07% on $6,899.75; Claim# 4; Filed: $6,899.75; Reference: xxxxxxx xxxxxx xx 6973 | 7100-000 | | 350.33 | 3,215.82 |
| 11/03/16 | 110 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,215.82 | 0.00 |
| | | | Dividend paid 100.00%    3,203.65 on $3,203.65;  Claim# ; Filed: $3,203.65 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    12.17 | 2200-000 | | | 0.00 |

Subtotals :  $24,536.54    $24,536.54

{} Asset reference(s)

Printed: 12/19/2016 03:09 PM    V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-83098
**Case Name:** BARNES, THERESA A.

**Taxpayer ID #:** **-***4025
**Period Ending:** 12/19/16

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** Rabobank, N.A.
**Account:** ******5466 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $12.17; Claim# ; Filed: $12.17 | | | | |
| | | | **ACCOUNT TOTALS** | | 24,536.54 | 24,536.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,536.54 | 24,536.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $24,536.54 | $24,536.54 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5466** | 24,536.54 | 24,536.54 | 0.00 |
| | $24,536.54 | $24,536.54 | $0.00 |

{} Asset reference(s)

Printed: 12/19/2016 03:09 PM    V.13.28